**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   WILLIAM ALLEN GILL JR   §   Case No.: 04-00236
                                 §
                                 §
         Debtor(s)               §

---

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 01/05/2004.

2)   The case was confirmed on 03/10/2004.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 04/10/2009.

5)   The case was dismissed on 04/29/2009.

6)   Number of months from filing to the last payment:  64

7)   Number of months case was pending:  67

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted:  NA

10)  Amount of unsecured claims discharged without payment $      .00

11)  All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 71,614.01 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 71,614.01 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,200.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 4,123.64 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,323.64 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICREDIT FINANCIA | SECURED | 14,825.00 | .00 | 14,825.00 | 14,825.00 | 2,947.23 |
| AMERICREDIT FINANCIA | UNSECURED | 13,700.00 | .00 | 9,847.47 | .00 | .00 |
| DEUTSCHE BANK NATION | SECURED | NA | .00 | 40,780.27 | 40,780.27 | .00 |
| DEUTSCHE BANK NATION | SECURED | 1,298.00 | .00 | 1,297.20 | 1,297.20 | .00 |
| CITY OF CHICAGO WATE | SECURED | 600.00 | .00 | 600.00 | 600.00 | 44.22 |
| FORD MOTOR CREDIT | SECURED | NA | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 250.00 | .00 | 2,724.61 | 2,038.48 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 600.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 2,100.00 | .00 | 3,686.30 | 2,757.97 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 2,600.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 700.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 400.00 | NA | NA | .00 | .00 |
| AT & T BROADBAND | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| WEXLER & WEXLER | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 300.00 | .00 | 300.00 | .00 | .00 |
| EVERGREEN EMERGENCY | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| GE CAPITAL AUTO | UNSECURED | 4,400.00 | NA | NA | .00 | .00 |
| CREDITOR INTERCHANGE | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 1,500.00 | .00 | 1,488.74 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 300.00 | .00 | 277.37 | .00 | .00 |
| KOHLS | UNSECURED | 350.00 | .00 | 329.82 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

```
================================================================================
 Scheduled Creditors:

 Creditor                    Claim          Claim         Claim       Principal       Int.
   Name          Class      Scheduled      Asserted      Allowed        Paid         Paid

 NATIONAL QUIK CASH    UNSECURED      580.00          NA            NA          .00         .00
 NATIONWIDE COMMERCIA  UNSECURED    1,800.00         .00      1,791.68          .00         .00
 PEKAY & BLITSTEIN PC  OTHER              NA          NA            NA          .00         .00
 ROUNDUP FUNDING LLC   UNSECURED      350.00         .00        275.53          .00         .00
 VETERANS ADMINISTRAT  UNSECURED      350.00         .00        367.44          .00         .00
 AMERIQUEST MORTGAGE   OTHER              NA          NA            NA          .00         .00
 AMERICREDIT FINANCIA  OTHER              NA         .00           .00          .00         .00
 AMERICREDIT FINANCIA  OTHER              NA          NA            NA          .00         .00
 INTERNAL REVENUE SER  UNSECURED          NA         .00        395.36          .00         .00
================================================================================
```

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 40,780.27 | 40,780.27 | .00 |
| Mortgage Arrearage | 1,297.20 | 1,297.20 | .00 |
| Debt Secured by Vehicle | 14,825.00 | 14,825.00 | 2,947.23 |
| All Other Secured | 600.00 | 600.00 | 44.22 |
| **TOTAL SECURED:** | 57,502.47 | 57,502.47 | 2,991.45 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6,410.91 | 4,796.45 | .00 |
| **TOTAL PRIORITY:** | 6,410.91 | 4,796.45 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 15,073.41 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 6,323.64 |
| Disbursements to Creditors | $ | 65,290.37 |
| **TOTAL DISBURSEMENTS:** | $ | 71,614.01 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    07/20/2009                          /s/ Tom Vaughn
                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**